# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

UNITED STATES OF AMERICA and
JOHN JULIAN WELCH, III,

    Plaintiffs,

v.                            Case No: 5:15-cv-313-Oc-30PRL

LANGE EYE CARE & ASSOCIATES,
P.A., MICHAEL P. LANGE and TAMIE
D. LANGE,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (Doc. 4) and the Government's Consent to Dismissal Without Prejudice (Doc. 5). Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 1st day of September, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record